E-FILED 11/9/17

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY ROSEN, Individually and as a Private Attorney General,<br><br>    Petitioner and Plaintiff,<br><br>    v.<br><br>UNITED STATES GOVERNMENT, FEDERAL AVIATION ADMINISTRATION, AND CITY OF SANTA MONICA,<br><br>    Respondents and Defendants. | Case No.   2:17-cv-07727-PSG-JEMx<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT CITY OF SANTA MONICA'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO PETITION<br><br>Hon. Philip S. Gutierrez<br><br>Petition Filed: October 23, 2017 |

Presently before the Court is Defendant City of Santa Monica's *Ex Parte* Application for Extension of Time to Respond to Petition (the "Application"). Having considered the papers submitted by the parties, the pleadings on file in this action, and good cause having been shown,

IT IS HEREBY ORDERED that:

1. The City of Santa Monica (the "City") shall have until January 15, 2018 to respond to the (Verified) Petition for Writ of Mandate and Complaint for Declaratory and Injunctive Relief, including by motion or otherwise;

2. Petitioner Barry Rosen's opposition to the City's motion to dismiss shall be filed by January 22, 2018, and any reply shall be filed by January 29, 2018;

3. The hearing on the City's motion to dismiss shall take place on February 12, 2018.

**IT IS SO ORDERED.**

Dated: 11/9 , 2017

PHILIP S. GUTIERREZ
Honorable Philip S. Gutierrez
UNITED STATES DISTRICT JUDGE

Case No. 2:17-cv-07727-PSG-JEMx
la-1365495

1

[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR EXTENSION OF TIME