BARRY ROSEN
136 S. Clark Dr. #5
Los Angeles, CA 90048
Tel: (323) 653-2043

In Pro Per



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY ROSEN, Individually and as a Private Attorney General<br><br>Petitioner and Plaintiff,<br><br>vs.<br><br>UNITED STATES GOVERNMENT, FEDERAL AVIATION ADMINISTRATION, AND CITY OF SANTA MONICA,<br><br>Respondents and Defendants. | Case No. 17-CV-07727-PSG-JEMx<br><br>**PLAINTIFF'S NOTICE OF RELATED CASES**<br><br>[Central Dist. L.R. 83-1.3] |

**To the Honorable Court, all Parties, and their Attorneys of Record:**

Pursuant to Central District Local Rule 83-1.3, Plaintiff Barry Rosen ("Rosen") files this Notice of Related Cases.

This case should be related to *City of Santa Monica v. United States Government Federal Aviation Administration, et al.,* Case No. CV 13-8046- JFW (VBKx) because it "arise[s] from the same, or a closely related transaction, happening or event." L.R. 83-1.3.1. Specifically, this Action arises from the fact

that Defendant City of Santa Monica ("CSM") improperly sued the US Federal Aviation Administration ("FAA"), which was completely the wrong agency for the relief being sought in the first instance (Complaint ¶¶22-24) as the FAA is neither the successor to the War Assets Administration, nor was it ever given any statutory authority by Congress under the United States Code ("U.S.C.") for the actions it has now taken. Even if the FAA was the correct agency (which it was not), the resulting Settlement Agreement/Consent Decree is/was invalid *ab initio* because the FAA both overstepped its authority and/or violated its obligations under the Administrative Procedure Act ("APA") 5 U.S.C. § 702 et seq (Complaint ¶¶30-34, 39-46). Furthermore, it is abundantly clear that any release of lands pursuant to the Settlement Agreement/Consent Decree could not have taken place because there is no consideration whatsoever within the Settlement Agreement/Consent Decree for a required payment of the fees for such release of lands (Complaint ¶17, 33-34).

Plaintiff also now believes that the court should now act *Sua Sponte* and fully vacatur Case No. CV 13-8046- JFW (VBKx) in its entirety for the reasons given above and/or in the Petition/Complaint.

Accordingly, the two actions are related under the Central District Local Rules because the instant action calls for "determination of the same or substantially related or similar questions of law" as that presented in the related case and both matters involve "the same parties (who are now defendants in this action) and same issues." C.D. Cal. L. R. 83-1.3.1(b), (d).

Dated: November 9, 2017

By: _____
Barry Rosen, In Propria Persona

PLAINITFF'S NOTICE OF RELATED CASES

2