FILED
2017 DEC 11 AM 9: 25
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BARRY ROSEN
136 S. Clark Dr. #5
Los Angeles, CA 90048
Tel: (323) 653-2043

In Pro Per

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY ROSEN, Individually and as a Private Attorney General<br>      Petitioner and Plaintiff,<br><br>vs.<br><br>UNITED STATES GOVERNMENT, FEDERAL AVIATION ADMINISTRATION, AND CITY OF SANTA MONICA,<br>      Respondents and Defendants. | Case No. 17-CV-07727-PSG-JEMx<br><br>**APPLICATION FOR ENTRY OF DEFAULT AGAINST: RESPONDANT/DEFENDANT CITY OF SANTA MONICA**<br><br>(Declaration of Petitioner/Plaintiff Barry Rosen) |

**To the Clerk of the United States District Court for the Central District of California:**

As provided by Rule 55 of the Federal Rules of Civil Procedure, Petitioner/Plaintiff Barry Rosen hereby requests that the Clerk enter

APPLICATION FOR ENTRY OF DEFAULT AGAINST: CITY OF SANTA MONICA

1

the default of the following Defendant(s) for failure to plead or otherwise defend against this action in a timely manner:

**Name of Respondent/Defendant: City of Santa Monica**

1) As evidenced by the proof of service on file with this Court, named Respondent/Defendant was served with the <u>First Amended Petition/Complaint</u> pursuant to Rule 4 of the Federal Rules Procedure on November 17, 2017.

2) The applicable time limit for the above-named Respondent/Defendant to otherwise respond to the <u>First Amended Petition/Complaint</u> in this action expired on December 8, 2017.

The above-named Defendants have failed to plead or otherwise respond to the <u>First Amended Petition/Complaint</u>.

This request is based on the attached Declaration of Plaintiff.

Dated: December 11, 2017

Respectfully submitted,

Petitioner/Plaintiff In Pro Per,
Barry Rosen

APPLICATION FOR ENTRY OF DEFAULT AGAINST: CITY OF SANTA MONICA

2