FILED

2017 DEC 11 AM 9: 25

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CAL.
LOS ANGELES

BY: ___

BARRY ROSEN
136 S. Clark Dr. #5
Los Angeles, CA 90048
Tel: (323) 653-2043

In Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY ROSEN, Individually and as a Private Attorney General<br><br>Petitioner and Plaintiff,<br><br>vs.<br><br>UNITED STATES GOVERNMENT, FEDERAL AVIATION ADMINISTRATION, AND CITY OF SANTA MONICA,<br><br>Respondents and Defendants. | Case No. 17-CV-07727-PSG-JEMx<br><br>DECLARATION OF PETITIONER/PLAINTIFF BARRY ROSEN IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT AGAINST: RESPONDANT/DEFENDANT CITY OF SANTA MONICA |

I Barry Rosen declare as follows:

1. I am the Plaintiff in this action. If called as a witness, I could and would competently testify thereto.

2. Respondent/Defendant City of Santa Monica was served with the <u>First Amended Petition/Complaint</u> pursuant to Rule 4 of the Federal Rules of

DECLARATION OF PLAINTIFF BARRY ROSEN IN SUPPORT OF APPLICATION FOR ENTRY OF
DEFAULT AGAINST: CITY OF SANTA MONICA
1

Civil Procedure on November 17, 2017 as evidenced by the proof of service on file with this Court.

3. Under Rule 12, Respondent/Defendant City of Santa Monica was required to plead or otherwise respond to the <u>First Amended Petition/Complaint</u> by December 8, 2017. The time to plead or otherwise respond to the complaint has not been extended by any agreement of the parties or any order of the Court.

4. Respondent/Defendant City of Santa Monica has failed to serve or file a pleading or otherwise respond to the <u>First Amended Petition/Complaint</u>. The applicable time limit for responding to the complaint has expired.

5. Respondent/Defendant City of Santa Monica is not a minor or an incompetent person.

6. Respondent/Defendant City of Santa Monica is not currently in the military service, and therefore the Servicemembers Civil Relief Act does not apply.

7. I have attached to this declaration a true and correct copy of the proofs of service on file with this Court for the above-named Defendants.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: December 11, 2017

_____
Barry Rosen

DECLARATION OF PLAINTIFF BARRY ROSEN IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT AGAINST: CITY OF SANTA MONICA

2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV17-07727-PSG-JEMx

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* City of Santa Monica
was received by me on *(date)* 11/17/17 .

☐ I personally served the summons on the individual at *(place)* 1685 Main St, Santa Monica, CA 90401 
on *(date)* 11/17/17 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
 , a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Santa Monica City Clerk , who is
designated by law to accept service of process on behalf of *(name of organization)*
City of Santa Monica on *(date)* 11/17/17 ; or

☐ I returned the summons unexecuted because ; or

☑ Other *(specify)*: I also served along with the summons: First Amended Complaint, Civil Cover Sheet, Notice of Interested Parties, Order Transferring Civil Action, Notice of Court Directed ADR, Standing Order RE Newly assigned Cases, Plaintiff's Notice of Related Cases

My fees are $ for travel and $ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 12/7/17

*Server's signature*

Jeronimo Feria
*Printed name and title*

1311 N Highland Ave, Los Angeles, CA 90028

*Server's address*

Additional information regarding attempted service, etc: