# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Barry Rosen<br><br>Plaintiff(s),<br>v.<br>United States Government et al<br><br>Defendant(s). | CASE NUMBER:<br><br>CV17-07727 PSG (JEMx)<br><br>**NOTICE OF DEFICIENCY**<br>**DEFAULT/DEFAULT JUDGMENT** |

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of defendant City of Santa Monica, for the following reason(s)

- ☐ No declaration as required by F.R.Civ.P 55(a)
- ☐ No proof of service/waiver of service on file
- ☐ The name of the person served does not exactly match the person named in complaint
- ☐ Proof of Service is lacking required information
- ☐ Waiver of Service lacking the signature of the sender and/or the person acknowledging receipt
- ☐ Time to respond has not expired
- ☐ Answer and/or Motion for Summary Judgment and/or Motion to Dismiss on file
- ☐ Request for Entry of Default has been forwarded to assigned Judge
- ☐ Party dismissed from action on _____
- ☐ Case terminated on _____
- ☐ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default reconsidered**.
- **X** Other: Filed prematurely. Court order dated 11/9/17, document [20], extends defendant City of Santa Monica's response deadline to 11/15/18

CLERK OF COURT

By: Benjamin_Moss@cacd.uscourts.gov
Deputy Clerk