CHAD A. READLER
Principal Deputy Assistant Attorney General
SANDRA R. BROWN
Acting U.S. Attorney for the Central District of California
JUDRY SUBAR
Assistant Branch Director
GARY FELDON, D.C. Bar No. 987142
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C.  20530
Telephone:  (202) 514-4686
Facsimile:  (202) 616-8470
Email: gary.d.feldon@usdoj.gov

*Attorneys for Defendants United States
and Federal Aviation Administration*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY ROSEN, Individually and as a Private Attorney General,<br><br>    Petitioner and Plaintiff,<br><br>        v.<br><br>UNITED STATES GOVERNMENT, FEDERAL AVIATION ADMINISTRATION, and CITY OF SANTA MONICA,<br><br>    Respondents and Defendants. | Case No. 2:17-cv-07727-PSG-JEMx<br><br>*EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO PETITION<br><br>Hon. Philip S. Gutierrez |

*Rosen v. United States, et al.*, No. 2:17-cv-07727-PSG-JEMx (C.D. Cal.)
Federal Defendants' *Ex Parte* Application for Extension of Time to Respond to Petition

1

**MEMORANDUM IN SUPPORT OF FEDERAL DEFENDANTS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO PETITION**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), the Defendants United States and Federal Aviation Administration (collectively, the "Federal Defendants") respectfully submit this *Ex Parte* Application for Extension of Time to Respond to Petition.

*Pro se* Plaintiff Barry Rosen filed his (Verified) Petition for Writ of Mandate and Complaint for Declaratory and Injunctive Relief on October 23, 2017 (the "First Petition"). ECF No. 1. The U.S. Attorney's Office for the Central District of California received a copy of the First Petition mailed on October 24, 2017. Declaration of Gary D. Feldon ("Feldon Decl.") ¶ 4. Plaintiff filed his (Verified) First Amended Petition for Writ of Mandate and Complaint for Declaratory and Injunctive Relief ("Amended Petition") on November 15, 2017. ECF No. 28. The U.S. Attorney's Office for the Central District of California received a copy of the Amended Petition mailed on November 17, 2017. Feldon Decl. ¶ 4. If service of both of those filings were effective, the Federal Defendants' response would be due December 26, 2017. *See* Fed. R. Civ. P. 5(b)(2)(C); *id.* 12(a)(2); *id.* 15(a)(3).

The parties disagree, however, on when service on the Federal Defendants was effective. In an abundance of caution, the Federal Defendants seek an extension by means of this *ex parte* application because, if the filings were deemed properly served, there would be insufficient time to seek an extension by noticed motion before a response would be due. Federal Defendants hereby ask the Court to set the date for their response to the Amended Petition to February 9, 2017. If the Court grants this application, the Federal Defendants will waive any arguments concerning the effectiveness of service of the First or Amended Petitions.

The February 9 due date is necessary for new counsel on this matter to familiarize himself with the issues in this case and adequately brief them for the Court. Feldon Decl. ¶¶ 7-9. Primary responsibility for this case within the U.S. Department of Justice was reassigned to me from an attorney in another division only last week. *Id.* ¶ 7. Although undersigned counsel is familiar with the facts of the underlying settlement challenged in the Amended Petition, he is not yet familiar with the issues raised

*Rosen v. United States, et al.*, No. 2:17-cv-07727-PSG-JEMx (C.D. Cal.)
Federal Defendants' *Ex Parte* Application for Extension of Time to Respond to Petition

1

by that pleading. *Id.* ¶ 9. Counsel's need for the additional time is compounded by his pre-existing case obligations and scheduled leave. Counsel is currently out of the office due to a hearing today in the Northern District of California and has three briefs on dispositive motions in other cases due between now February 16, 2018. *Id.* ¶ 7. Further, Counsel will be on already-scheduled leave from December 22, 2017, through December 29, 2017. *Id.* ¶ 8.

Co-Defendant the City of Santa Monica ("City") consents to this *ex parte* application. ¶ 10. Although prior counsel for Federal Defendants spoke with Plaintiff concerning the substance of this application on December 12,19, and 20, Plaintiff has neither consented nor refused to consent the requested extension. *Id.* ¶ 8.[1]

For the foregoing reasons, the United States requests an extension of time until February 9, 2018 for Federal Defendants to respond to the Amended Petition.

Respectfully submitted,

DATED: December 20, 2017

CHAD A. READLER
Principal Deputy Assistant Attorney General

SANDRA R. BROWN
Acting U.S. Attorney for the Central District of California

JUDRY SUBAR
Assistant Branch Director

 */s/ Gary D. Feldon*
GARY D. FELDON (D.C. Bar No. 987142)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC 20530
Telephone:  (202) 514-4686
Facsimile:  (202) 616-8470
gary.d.feldon@usdoj.gov

*Attorneys for Defendants United States and Federal Aviation Administration*

---

[1] Plaintiff has provided the Court with the following contact information: Barry Rosen, 126 S. Clark Dr. #5, Los Angeles, CA 90048; Tel. 323-653-2043. ECF No. 1. The City has identified two possible email addresses for Plaintiff (brcopysuit-court@yahoo.com; brcopyright@pacbell.net). See ECF No. 19-1 ¶ 8.