CHAD A. READLER
Principal Deputy Assistant Attorney General
SANDRA R. BROWN
Acting U.S. Attorney for the Central District of California
JUDRY SUBAR
Assistant Branch Director
GARY FELDON, D.C. Bar No. 987142
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530
Telephone: (202) 514-4686
Facsimile: (202) 616-8470
Email: gary.d.feldon@usdoj.gov

*Attorneys for Defendants United States
and Federal Aviation Administration*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY ROSEN, Individually and as a Private Attorney General,<br><br>    Petitioner and Plaintiff,<br><br>       v.<br><br>UNITED STATES GOVERNMENT, FEDERAL AVIATION ADMINISTRATION, and CITY OF SANTA MONICA,<br><br>    Respondents and Defendants. | Case No. 2:17-cv-07727-PSG-JEMx<br><br>DECLARATION OF GARY FELDON IN SUPPORT OF *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO PETITION<br><br>Hon. Philip S. Gutierrez |

*Rosen v. United States, et al.*, No. 2:17-cv-07727-PSG-JEMx (C.D. Cal.)
Federal Defendants' *Ex Parte* Application for Extension of Time to Respond to Petition

1

I, Gary D. Feldon, declare:

1. I am a trial attorney with the United States Department of Justice, Civil Division. This declaration in support of Defendants United States and Federal Aviation Administration's *Ex Parte* Application for Extension of Time to Respond to Petition is based on my personal knowledge and information obtained in the course of my official duties.

2. *Pro se* Plaintiff Barry Rosen filed his (Verified) Petition for Writ of Mandate and Complaint for Declaratory and Injunctive Relief on October 23, 2017 (the "First Petition").

3. Plaintiff filed his (Verified) First Amended Petition for Writ of Mandate and Complaint for Declaratory and Injunctive Relief on November 15, 2017 (the "Amended Petition").

4. An Assistant U.S. Attorney in the U.S. Attorney's Office for the Central District of California informed me that the her office received a mailed copy of the First Petition sent on October 24, 2017, and a mailed copy of the Amended Petition sent on November 17, 2017.

5. I understand that the attorney for Defendants United States and the Federal Aviation Administration (collectively, the "Federal Defendants") who had primarily responsibility for the above-captioned matter before that responsibility was transferred to me spoke to Plaintiff by telephone at the number Plaintiff provided in his First Petition (323-653-2043) on December 12, 19, and 20 regarding service of the pleadings and Plaintiff's consent to an extension.

6. I have been informed that Plaintiff admits that service of the First Petition was not effective but asserts that service of the Amended Petition was effective (which would make the date for a response due January 16, 2018). Further, I understand that Plaintiff would confirm neither his consent nor his opposition to an extension of the Federal Defendants' deadline.

7. This case was assigned to me only last week, having previously been handled by an attorney in a different division of the Department of Justice  However, I currently have the following deadlines for dispositive motions in the following cases due in the next two months:  (1) a reply brief in support of a motion for summary judgment in *American Center for Law and Justice v. Department of Justice*, 1:17-cv-00421 (RDM) (D.D.C.), on January 12, 2018; (2) a motion for summary judgment in *Holloway v. Lynch*, 1:17-cv-00081-CCC (M.D. Pa.), on January 15, 2018; and (3) a motion for summary

*Rosen v. United States, et al.*, No. 2:17-cv-07727-PSG-JEMx (C.D. Cal.)
Federal Defendants' *Ex Parte* Application for Extension of Time to Respond to Petition

2

1  judgment in *Judicial Watch, Inc. v. Department of Justice*, 1:17-cv-01520-BAH (D.D.C.), on February 16, 2018. In addition, during that span, I have two deadlines concerning expert reports in *Holloway* and mediation in *M.W. v. Department of the Army*, 5:16-cv-04051-LHK (N.D. Cal.), the case for which I am currently traveling for a case management conference.

8. I also had leave approved from December 22, 2017, through December 29, 2017, before being assigned the above-captioned matter.

9. Based on the foregoing, I believe the earliest date on which I will be able reasonably to produce a thorough briefing for the Court of the Federal Defendants' positions regarding the claims in the Amended Petition is February 9, 2018.

10. I have conferred with counsel for Defendant City of Santa Monica, who does not oppose the requested extension.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 20, 2017, in San Jose, California.

                                             /s/*Gary D. Feldon*
                                             Gary D. Feldon

*Rosen v. United States, et al.*, No. 2:17-cv-07727-PSG-JEMx (C.D. Cal.)
Federal Defendants' *Ex Parte* Application for Extension of Time to Respond to Petition

3