LANE DILG (SBN 277220)
City Attorney
Lane.Dilg@smgov.net
HEIDI von TONGELN (SBN 239331)
Deputy City Attorney
Heidi.vonTongeln@smgov.net
1685 Main Street, Third Floor
Santa Monica, California 90401-3295
Tel: 310.458.8336;
Fax: 310.393.6727

DAVID M. WALSH (SBN 120761)
DWalsh@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Tel: 213.892.5200;
Fax: 213.892.5454

BRIAN L. HAZEN (SBN 309212)
BHazen@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130
Tel: 858.720.5100;
Fax: 858.720.5125

*Attorneys for Defendant*
CITY OF SANTA MONICA

BARRY ROSEN
136 S. Clark Drive, #5
Los Angeles, CA 90048
Tel: 323.653.2043
Email: brlegal-csmfaa@yahoo.com

*In Pro Per*

CHAD A. READLER
Principal Deputy Assistant Attorney General
SANDRA R. BROWN
Acting U.S. Attorney for the Central District of California
JUDRY SUBAR
Assistant Branch Director
GARY FELDON, D.C. Bar No. 987142
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Federal Program Branch
200 Massachusetts Avenue NW
Washington, D.C. 20530
Tel: 202.514.4686
Fax: 202.616.8470
Email: gary.d.feldon@usdoj.gov

*Attorneys for Defendants*
UNITED STATES and FEDERAL AVIATION ADMINISTRATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY ROSEN, Individually and as a Private Attorney General,<br><br>Petitioner and Plaintiff,<br><br>v.<br><br>UNITED STATES GOVERNMENT, FEDERAL AVIATION ADMINISTRATION, AND CITY OF SANTA MONICA,<br><br>Respondents and Defendants. | Case No. 2:17-cv-07727 PSG(JEMx)<br><br>STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO SECOND AMENDED PETITION<br><br>Judge: Honorable Philip S. Gutierrez |

Pursuant to Local Rules 7-3 and 15-1, Plaintiff Barry Rosen ("Plaintiff"), on the one hand, and Defendants City of Santa Monica (the "City"), the United States, and the Federal Aviation Administration (the "FAA") (collectively, the "Defendants"), on the other hand, hereby stipulate as follows:

1. On October 23, 2017, Plaintiff filed his (Verified) Petition for Writ of Mandate and Complaint for Declaratory and Injunctive Relief (the "Petition") (ECF No. 1);

2. On November 9, 2017, the Court granted the City's *Ex Parte* Application for Extension of Time to Respond to Petition (ECF No. 20), and ordered that:

   a) The City would have until January 15, 2018, to respond to the Petition, including by motion or otherwise;

   b) Plaintiff would have until January 22, 2018, to file any opposition to the City's motion to dismiss;

   c) The City would have until January 29, 2018, to file any reply; and

   d) The hearing on the City's motion to dismiss would take place on February 12, 2018;

3. On November 15, 2017, Plaintiff filed his (Verified) First Amended Petition for Writ of Mandate and Complaint for Declaratory and Injunctive Relief (the "First Amended Petition") (ECF No. 28);

4. On December 21, 2017, the Court granted the United States' and the FAA's *Ex Parte* Application for Extension of Time to Respond to Amended Petition, and ordered the United States and the FAA to respond to the Amended Petition no later than February 9, 2018 (ECF No. 39);

5. On January 12, 2018, the parties stipulated to extend Defendants' deadline to file their responses to Plaintiff's First Amended Petition until February 12, 2018, and the parties stipulated that Plaintiff would file a Second Amended Petition by January 29, 2018 (ECF No. 40).

6. On January 12, 2018, the court granted the parties' stipulation and ordered that Defendants' deadline to file their responses to Plaintiff's First Amended Petition extended until February 12, 2018, and that Plaintiff must file a Second Amended Petition by January 29, 2018 (ECF No. 41);

7. On January 29, 2018, Plaintiff filed a Second Amended Complaint;

8. Pursuant to Local Rule 7-3 and this Court's Civil Standing Order paragraph 6(a), the parties engaged in the required meet and confer discussions in advance of the Defendants' respective February 12, 2018, deadline to file its Rule 12 motion to dismiss the Second Amended Petition;

9. Plaintiff notified Defendants after filing his Second Amended Petition that he has retained counsel to represent him in this matter, and that his counsel will be filing a notice of appearance in due course.

10. This Court's Standing Order requires Plaintiff to "carefully evaluate defendant's contentions as to the deficiencies in the complaint," and states that "[i]n most instances the moving party should agree to any amendment that would cure the defect," (Standing Order ¶ 6(a));

11. As a result of the parties' L.R. 7-3 discussions, Plaintiff and his new counsel have elected to amend the Second Amended Petition and file a third amended petition (the "Third Amended Petition"), and because Plaintiff has retained counsel, he requests additional time to prepare the Third Amended Petition;

12. Defendants have agreed to Plaintiff filing the Third Amended Petition without waiving any defenses they may have to the Third Amended Petition;

13. The parties agree that Defendants' deadline to file responses to Plaintiff's Second Amended Petition shall be extended to March 23, 2018;

14. The parties agree that they shall file a stipulation to amend Plaintiff's

Second Amended Petition by March 19, 2018, in compliance with L.R. 15-1;[1]

15. The parties agree that Plaintiff shall file his Third Amended Petition by March 19, 2018;

16. The parties agree that Defendants shall file their respective responses to Plaintiff's Third Amended Petition by April 23, 2018;

17. The requested extension is sought in good faith and is not made to cause delay or for any improper purpose;

THEREFORE, IT IS HEREBY AGREED AND STIPULATED, subject to the Court's approval, that:

1. Defendants' deadline to file their responses to Plaintiff's Second Amended Petition is extended to and including March 23, 2018;

2. The Parties shall file a stipulation to amend Plaintiff's Second Amended Petition by March 19, 2018, in compliance with L.R. 15-1;

3. Plaintiff shall file his Third Amended Petition by March 19, 2018;

4. Defendants shall file their respective responses to Plaintiff's Third Amended Petition by April 23, 2018.

---

[1] L.R. 15-1 requires a complete draft of the proposed amended pleading to be filed as an attachment to the related stipulation among the parties agreeing to the amendment.

Dated: February 9, 2018          IN PRO PER

By: /s/ Barry Rosen
    BARRY ROSEN

Dated: February 9, 2018          MORRISON & FOERSTER LLP

By: /s/ Brian L. Hazen
    BRIAN L. HAZEN

    Attorneys for Defendant
    CITY OF SANTA MONICA

Dated: February 9, 2018          GARY D. FELDON, Trial Attorney
                                 UNITED STATES DEPARTMENT OF
                                 JUSTICE

BY: /s/ Gary D. Feldon
    GARY D. FELDON

    Attorneys for Defendants
    UNITED STATES and FEDERAL
    AVIATION ADMINISTRATION

## **ECF ATTESTATION**

I, Brian L. Hazen, am the ECF user whose ID and password are being used to file this STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO SECOND AMENDED PETITION. In accordance with Civil Local Rule 5-4.3.4, concurrence in and authorization of the filing of this document has been obtained from Barry Rosen, Plaintiff in Pro Per, and Gary D. Feldon, counsel for Defendants United States and Federal Aviation Administration, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: February 9, 2018           MORRISON & FOERSTER LLP

                                  By: /s/ Brian L. Hazen
                                      Brian L. Hazen