# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge Philip S. Gutierrez

From: R. Smith                              , Deputy Clerk    Date Received: 04/24/2018

Case No.: 2:17-cv-07727-PSG-JEM    Case Title: Barry Rosen v. United States Government et al

Document Entitled: APPLICATION FOR ENTRY OF DEFAULT AGINST: CITY OF SANTA MONICA..
DECLARATION OF BARRY ROSEN IN SUPPORT OF APPLICATION

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

| | | |
|---|---|---|
| ☐ Local Rule 5-4.1 | Documents must be filed electronically | |
| ☐ Local Rule 6-1 | Written notice of motion lacking or timeliness of notice incorrect | E-FILED |
| ☐ Local Rule 7-19.1 | Notice to other parties of ex parte application lacking | |
| ☐ Local Rule 7.1-1 | No Certification of Interested Parties and/or no copies | APR 25 2018 |
| ☐ Local Rule 11-3.1 | Document not legible | |
| ☐ Local Rule 11-3.8 | Lacking name, address, phone, facsimile numbers, and e-mail | Document # |
| ☐ Local Rule 11-4.1 | No copy provided for judge | |
| ☐ Local Rule 11-6 | Memorandum/brief exceeds 25 pages | |
| ☐ Local Rule 11-8 | Memorandum/brief exceeding 10 pages shall contain table of contents | |
| ☐ Local Rule 15-1 | Proposed amended pleading not under separate cover | |
| ☐ Local Rule 16-7 | Pretrial conference order not signed by all counsel | |
| ☐ Local Rule 19-1 | Complaint/Petition includes more than 10 Does or fictitiously named parties | |
| ☐ Local Rule 56-1 | Statement of uncontroverted facts and/or proposed judgment lacking | |
| ☐ Local Rule 56-2 | Statement of genuine disputes of material fact lacking | |
| ☐ Local Rule 83-2.5 | No letters to the judge | |
| ☐ Fed. R. Civ. P. 5 | No proof of service attached to document(s) | |
| ☑ Other: | No PROOF OF SERVICE provided. | |

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

---

## ORDER OF THE JUDGE/MAGISTRATE JUDGE
IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____          _____
Date                                U.S. District Judge / U.S. Magistrate Judge

☑ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

4/25/18                            _____
Date                                U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 - ORIGINAL-OFFICE    COPY 2 - JUDGE    COPY 3 - SIGNED & RETURNED TO FILER    COPY 4 - FILER RECEIPT

CV-104A (06/13)                NOTICE OF DOCUMENT DISCREPANCIES

BARRY ROSEN
136 S. Clark Dr. #5
Los Angeles, CA 90048
Tel: (323) 653-2043

In Pro Per

RECEIVED
BUT
NOT FILED

APR 2 4 2018

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY ROSEN, Individually and as a Private Attorney General<br><br>Petitioner and Plaintiff,<br><br>vs.<br><br>UNITED STATES GOVERNMENT, FEDERAL AVIATION ADMINISTRATION, AND CITY OF SANTA MONICA,<br><br>Respondents and Defendants. | Case No. 17-CV-07727-PSG-JEMx<br><br>**APPLICATION FOR ENTRY OF DEFAULT AGAINST: RESPONDANT/DEFENDANTS CITY OF SANTA MONICA AND UNITED STATES GOVERNMENT, FEDERAL AVIATION ADMINISTRATION**<br><br>(Declaration of Petitioner/Plaintiff Barry Rosen) |

**To the Clerk of the United States District Court for the Central District of California:**

As provided by Rule 55 of the Federal Rules of Civil Procedure, Petitioner/Plaintiff Barry Rosen hereby requests that the Clerk enter

APPLICATION FOR ENTRY OF DEFAULT AGAINST: CITY OF SANTA MONICA & US GOVERNMENT
FFEDERAL AVIATION ADMINSTRATION
1

ORIGINAL

the default of the following Defendant(s) for failure to plead or otherwise defend against this action in a timely manner pursuant to the Courts March 21, 2018 order (Document 55) due to failure to serve documents prior to filing pursuant to Local Rule 5-3.2.1 and Federal Rules of Civil Procedure 5, et al :

### Name of Respondent/Defendant: CITY OF SANTA MONICA

1) As evidenced by the Courts March 21, 2018 order (Document 55), named Respondent/Defendant was required to "Respond" to Petitioner/Plaintiff's Third Amended Petition/Complaint on or before April 23, 2018.

2) Pursuant to Federal Rules of Civil Procedure 5(a)(1)(B) and 5(a)(1)(D), a "Response" requires that responsive pleadings or a written motion be served pursuant to Federal Rules of Civil Procedure 5(b).

3) Prior to filing electronically, pursuant to Local Rule 5-3.2.1, Individuals who are not registered for the CM/ECF System must be served in accordance with F.R.Civ.P. 5, and proof of service on such individuals must be made by declaration in the form required by L.R. 5-3.1.2.

4) Petitioner/Plaintiff's is Pro Per and is not registered for the CM/ECF System and must be served Federal Rules of Civil Procedure 5(b)(1)(A) or 5(b)(1)(C).

5) As evidenced by named Respondent/Defendant's Proof of Service (Document 63), Petitioner/Plaintiff was ***not served at all*** prior to a motion being filed on April

23, 2018 pursuant to L.R. 5-3.1.2 and F.R.Civ.P. 5. As such, named Respondent/Defendant's filing was wholly deficient/defective for failure to serve.

6) Because named Respondent/Defendant's motion filing was deficient/defective due *to lack of any service whatsoever*, the applicable time limit for the above-named Respondent/Defendant to otherwise respond to the Third Amended Petition/Complaint in this action pursuant to the Courts March 21, 2018 order expired on April 23, 2018.

7) Because named Respondent/Defendant's motion filing was deficient/defective for lack of service pursuant to F.R.Civ.P. 5, the above-named Respondent/Defendant have failed to timely plead or otherwise respond to the Third Amended Petition/Complaint and are therefore in default.

8) Respondent/Defendant's failure to serve documents on Petitioner/Plaintiff pursuant to F.R.Civ.P. 5 prior to filing also constitutes a violation of L.R 7-12 (*Failure to File Required Documents*).

**Name of Respondent/Defendant: UNITED STATES GOVERNMENT, FEDERAL AVIATION ADMINISTRATION**

9) As evidenced by the Courts March 21, 2018 order (Document 55), named Respondent/Defendant was required to "Respond" to Petitioner/Plaintiff's Third Amended Petition/Complaint on or before April 23, 2018.

APPLICATION FOR ENTRY OF DEFAULT AGAINST: CITY OF SANTA MONICA & US GOVERNMENT FFEDERAL AVIATION ADMINSTRATION

3

10) Pursuant to Federal Rules of Civil Procedure 5(a)(1)(B) and 5(a)(1)(D), a "Response" requires that responsive pleadings or a written motion be served pursuant to Federal Rules of Civil Procedure 5(b).

11) Prior to filing electronically, pursuant to Local Rule 5-3.2.1, Individuals who are not registered for the CM/ECF System must be served in accordance with F.R.Civ.P. 5, and proof of service on such individuals must be made by declaration in the form required by L.R. 5-3.1.2.

12) Petitioner/Plaintiff is Pro Per and is not registered for the CM/ECF System and must be served Federal Rules of Civil Procedure 5(b)(1)(A) or 5(b)(1)(C).

13) As evidenced by named Respondent/Defendant's Proof of Service (Document 59-4), Plaintiff was **_not served at all_** prior to a motion being filed on April 23, 2018 pursuant to L.R. 5-3.1.2 and F.R.Civ.P. 5. As such, named Respondent/Defendant's filing was deficient/defective.

14) Because named Respondent/Defendant's motion filing was deficient/defective due **_to lack of any service whatsoever_**, the applicable time limit for the above-named Respondent/Defendant to otherwise respond to the <u>Third Amended Petition/Complaint</u> in this action pursuant to the Courts March 21, 2018 order expired on April 23, 2018.

15) Because named Respondent/Defendant's motion filing was deficient/defective for lack of service pursuant to F.R.Civ.P. 5, the above-named Respondent/Defendant have failed to timely plead or otherwise respond to the Third Amended Petition/Complaint and are therefore in default.

16) Respondent/Defendant's failure to serve documents on Petitioner/Plaintiff pursuant to F.R.Civ.P. 5 prior to filing also constitutes a violation of L.R 7-12 (*Failure to File Required Documents*).

17) Respondent/Defendant's motion filing was deficient/defective for failure to lodge a proposed order pursuant to L.R. 7-20 which also constitutes a violation of L.R 7-12 (*Failure to File Required Documents*).

18) The above-named Respondent/Defendant's are not a minor or an incompetent person.

19) The above-named Respondent/Defendant's are not currently in the military service, and therefore the Service Members Civil Relief Act does not apply

20) This request is based on the attached Declaration of Plaintiff.

Dated: April 24, 2018

Respectfully submitted,

Petitioner/Plaintiff In Pro Per,
Barry Rosen

APPLICATION FOR ENTRY OF DEFAULT AGAINST: CITY OF SANTA MONICA & US GOVERNMENT FFEDERAL AVIATION ADMINSTRATION

5

BARRY ROSEN
136 S. Clark Dr. #5
Los Angeles, CA 90048
Tel: (323) 653-2043

In Pro Per
RECEIVED BUT NOT FILED
APR 24 2018
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY ROSEN, Individually and as a Private Attorney General<br><br>Petitioner and Plaintiff,<br><br>vs.<br><br>UNITED STATES GOVERNMENT, FEDERAL AVIATION ADMINISTRATION, AND CITY OF SANTA MONICA,<br><br>Respondents and Defendants. | Case No. 17-CV-07727-PSG-JEMx<br><br>DECLARATION OF BARRY ROSEN IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT AGAINST: RESPONDANT/DEFENDANTS CITY OF SANTA MONICA AND UNITED STATES GOVERNMENT, FEDERAL AVIATION ADMINISTRATION |

I Barry Rosen declare as follows:

1.     I am the Plaintiff in this action. If called as a witness, I could and would competently testify thereto.

**Name of Respondent/Defendant: CITY OF SANTA MONICA**

1) As evidenced by the Courts March 21, 2018 order (Document 55),

DECLARATION OF BARRY ROSEN ISO APPLICATION FOR ENTRY OF DEFAULT AGAINST: CITY OF SANTA MONICA & US GOVERNMENT FFEDERAL AVIATION ADMINSTRATION

1

**ORIGINAL**

named Respondent/Defendant was required to "Respond" to Petitioner/Plaintiff's Third Amended Petition/Complaint on or before April 23, 2018. Attached hereto as Exhibit 1 is a true and correct copy of the Courts March 21, 2018 order (Document 55).

2) I am aware that Pursuant to Federal Rules of Civil Procedure 5(a)(1)(B) and 5(a)(1)(D), a "Response" requires that responsive pleadings or a written motion be served pursuant to Federal Rules of Civil Procedure 5(b).

3) I am aware that prior to filing electronically, pursuant to Local Rule 5-3.2.1, Individuals who are not registered for the CM/ECF System must be served in accordance with F.R.Civ.P. 5, and proof of service on such individuals must be made by declaration in the form required by L.R. 5-3.1.2.

4) I am Pro Per in this Action and am not registered for the CM/ECF System. As such I must be served Federal Rules of Civil Procedure 5(b)(1)(A) or 5(b)(1)(C).

5) As evidenced by named Respondent/Defendant's Proof of Service (Document 63), I was **not served at all** prior to a motion being filed on April 23, 2018 pursuant to L.R. 5-3.1.2 and F.R.Civ.P. 5. As such, named Respondent/Defendant's filing was wholly deficient/defective for failure to serve me with their motion documents.

6) Because named Respondent/Defendant's motion filing was deficient/defective due ***to lack of any service whatsoever***, the applicable time limit for the above-

DECLARATION OF BARRY ROSEN ISO APPLICATION FOR ENTRY OF DEFAULT AGAINST: CITY OF SANTA MONICA & US GOVERNMENT FFEDERAL AVIATION ADMINSTRATION

2

1  named Respondent/Defendant to otherwise respond to the <u>Third Amended</u>

2  <u>Petition/Complaint</u> in this action pursuant to the Courts March 21, 2018 order

3

4  expired on April 23, 2018. Attached hereto as Exhibit 2 is a true and correct copy

5  of Respondent/Defendant's Proof of Service (Document 63).

6

7  7) Because named Respondent/Defendant's motion filing was deficient/defective

8  for lack of service pursuant to F.R.Civ.P. 5, the above-named

9  Respondent/Defendant have failed to timely plead or otherwise respond to the

10

11  <u>Third Amended Petition/Complaint</u> and are therefore in default.

12  8) I am aware that Respondent/Defendant's failure to serve documents on

13

14  Petitioner/Plaintiff pursuant to F.R.Civ.P. 5 prior to filing also constitutes a

15  violation of L.R 7-12 (*Failure to File Required Documents*).

16

17  **Name of Respondent/Defendant: <u>UNITED STATES GOVERNMENT,</u>**

18  **<u>FEDERAL AVIATION ADMINISTRATION</u>**

19  9) As evidenced by the Courts March 21, 2018 order (Document 55),

20

21  named Respondent/Defendant was required to "Respond" to Petitioner/Plaintiff's

22  <u>Third Amended Petition/Complaint</u> on or before April 23, 2018.

23

24  10) Pursuant to Federal Rules of Civil Procedure 5(a)(1)(B) and 5(a)(1)(D), a

25  "Response" requires that responsive pleadings or a written motion be served

26

27

28  DECLARATION OF BARRY ROSEN ISO APPLICATION FOR ENTRY OF DEFAULT AGAINST: CITY OF SANTA MONICA & US GOVERNMENT FFEDERAL AVIATION ADMINSTRATION
3

pursuant to Federal Rules of Civil Procedure 5(b). Attached hereto as Exhibit 1 is a true and correct copy of the Courts March 21, 2018 order (Document 55).

11) I am aware that Prior to filing electronically, pursuant to Local Rule 5-3.2.1, Individuals who are not registered for the CM/ECF System must be served in accordance with F.R.Civ.P. 5, and proof of service on such individuals must be made by declaration in the form required by L.R. 5-3.1.2.

12) I am Pro Per in this Action and am not registered for the CM/ECF System and must be served Federal Rules of Civil Procedure 5(b)(1)(A) or 5(b)(1)(C).

13) As evidenced by named Respondent/Defendant's Proof of Service (Document 59-4), I was **not served at all** prior to a motion being filed on April 23, 2018 pursuant to L.R. 5-3.1.2 and F.R.Civ.P. 5. As such, named Respondent/Defendant's filing was deficient/defective. Attached hereto as Exhibit 3 is a true and correct copy of Respondent/Defendant's Proof of Service (Document 59-4).

14) Because named Respondent/Defendant's motion filing was deficient/defective due *to lack of any service whatsoever*, the applicable time limit for the above-named Respondent/Defendant to otherwise respond to the Third Amended Petition/Complaint in this action pursuant to the Courts March 21, 2018 order expired on April 23, 2018.

DECLARATION OF BARRY ROSEN ISO APPLICATION FOR ENTRY OF DEFAULT AGAINST: CITY OF SANTA MONICA & US GOVERNMENT FFEDERAL AVIATION ADMINSTRATION
4

15) Because named Respondent/Defendant's motion filing was deficient/defective for lack of service pursuant to F.R.Civ.P. 5, the above-named Respondent/Defendant have failed to timely plead or otherwise respond to the Third Amended Petition/Complaint and are therefore in default.

16) Respondent/Defendant's failure to serve documents on Petitioner/Plaintiff pursuant to F.R.Civ.P. 5 prior to filing also constitutes a violation of L.R 7-12 (*Failure to File Required Documents*).

17) Respondent/Defendant's motion filing was deficient/defective for failure to lodge a proposed order pursuant to L.R. 7-20 which also constitutes a violation of L.R 7-12 (*Failure to File Required Documents*).

18) The above-named Respondent/Defendant's are not a minor or an incompetent person.

19) The above-named Respondent/Defendant's are not currently in the military service, and therefore the Service Members Civil Relief Act does not apply.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: April 24, 2018

Barry Rosen

DECLARATION OF BARRY ROSEN ISO APPLICATION FOR ENTRY OF DEFAULT AGAINST: CITY OF SANTA MONICA & US GOVERNMENT FFEDERAL AVIATION ADMINSTRATION

5

# Exhibit 1

FILED
CLERK, U.S. DISTRICT COURT

3/21/2018

CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY ROSEN, Individually and as a Private Attorney General,<br><br>Petitioner and Plaintiff,<br><br>v.<br><br>UNITED STATES GOVERNMENT, FEDERAL AVIATION ADMINISTRATION, AND CITY OF SANTA MONICA,<br><br>Respondents and Defendants. | Case No.  2:17-cv-07727 PSG (JEMx)<br><br>[PROPOSED] ORDER TO AMEND PLAINTIFF'S SECOND AMENDED PETITION<br><br>Judge:  Honorable Philip S. Gutierrez |

Having reviewed the Stipulation to Amend Plaintiff's Second Amended Petition (the "Stipulation"), and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. Plaintiff's Third Amended Petition—a proposed copy of which is filed as an attachment to the Stipulation—is deemed filed and served as of the date the parties filed the Stipulation; and

2. Defendants shall respond to Plaintiff's Third Amended Petition, by motion or otherwise, on or before April 23, 2018.

Dated: March 21, 2018

The Hon. Philip S. Gutierrez
Unites States District Judge

# Exhibit 2

LANE DILG (SBN 277220)
City Attorney
Lane.Dilg@smgov.net
IVAN O. CAMPBELL (SBN 216049)
Deputy City Attorney
Ivan.Campbell@smgov.net
1685 Main Street, Third Floor
Santa Monica, California 90401-3295
Tel: 310.458.8336; Fax: 310.393.6727

DAVID M. WALSH (SBN 120761)
DWalsh@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Tel: 213.892.5200; Fax: 213.892.5454

Attorneys for Defendant
CITY OF SANTA MONICA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY ROSEN, Individually and as a Private Attorney General,<br><br>Petitioner and Plaintiff,<br><br>v.<br><br>UNITED STATES GOVERNMENT, FEDERAL AVIATION ADMINISTRATION, AND CITY OF SANTA MONICA,<br><br>Respondents and Defendants. | Case No. 2:17-cv-07727 PSG(JEMx)<br><br>**CERTIFICATE OF SERVICE**<br><br>[NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED PETITION; REQUEST FOR JUDICIAL NOTICE, [PROPOSED] ORDER, AND DECLARATION OF IVAN O. CAMPBELL]<br><br>Date: July 9, 2018<br>Time: 1:30 p.m.<br>Hon. Philip S. Gutierrez<br>Courtroom: 6A<br><br>Third Amended Petition Filed: March 19, 2018 |

Case No. 2:17-cv-07727 PSG(JEMx)      CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

I hereby certify that on the April 23, 2018, I electronically filed the following documents:

1. City of Santa Monica's Notice of Motion and Motion to Dismiss Verified Third Amended Petition;

2. City of Santa Monica's Request for Judicial Notice in Support of Motion to Dismiss Verified Third Amended Petition;

3. [Proposed] Order Granting Defendant City of Santa Monica's Motion to Dismiss Verified Third Amended Petition; and

4. Declaration of Ivan O. Campbell in Support of Defendant City of Santa Monica's Request for Judicial Notice

I served the documents with the Clerk of Court using the CM/ECF system, which then sends a notification of such filing (NEF) to the following:

| | |
|---|---|
| Gary Daniel Feldon | gary.d.feldon@usdoj.gov |
| Brian Lee Hazen | bhazen@mofo.com |
| | sdpdrive@mofo.com |
| | ykametani@mofo.com |
| William V O'Connor, Jr | woconnor@cooley.com |
| | mdejesus@cooley.com |
| David M Walsh | dwalsh@mofo.com |
| | kbartolomeo@mofo.com |
| | docket-la@mofo.com |
| | dave-walsh-7427@ecf.pacerpro.com |
| | susan-etheredge-7866@ecf.pacerpro.com |
| | setheredge@mofo.com |

| | |
|---|---|
| 1 | And I hereby certify that I will serve the above documents by messenger |
| 2 | service to the following non-filing user: |

        Barry Rosen

        136 South Clark Drive, No. 5

        Los Angeles, CA 90048

Dated: April 23, 2018        CITY OF SANTA MONICA,
                                        a municipal corporation

                                        By:   /s/ Ivan O. Campbell
                                                IVAN O. CAMPBELL
                                                Deputy City Attorney

                                        Attorneys for Defendant
                                        City of Santa Monica

# Exhibit 3

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY ROSEN, Individually and as a Private Attorney General,<br><br>Petitioner and Plaintiff,<br><br>v.<br><br>UNITED STATES GOVERNMENT, FEDERAL AVIATION ADMINISTRATION, AND CITY OF SANTA MONICA,<br><br>Respondents and Defendants. | Case No.  2:17-cv-07727 PSG(JEMx)<br><br>CERTIFICATE OF SERVICE FOR FEDERAL DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S (VERIFIED) THIRD AMENDED PETITION FOR WRIT OF MANDATE AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF FOR VIOLATIONS OF ADMINISTRATIVE PROCEDURE ACT (APA), NATIONAL ENVIRONMENTAL POLICY ACT (NEPA), CALIFORNIA ENVIRONMENTAL QUALITY ACT (CEQA), CALIFORNIA STATE AERONAUTICS ACT, ET AL.<br><br>Judge: Honorable Philip S. Gutierrez |

I, Gary D. Feldon, certify that I served the foregoing Federal Defendants' Motion to Dismiss Plaintiff's (Verified) Third Amended Petition for Writ of Mandate and Complaint for Declaratory and Injunctive Relief for Violations of Administrative Procedure Act (APA), National Environmental Policy Act (NEPA), California Environmental Quality Act (CEQA), California State Aeronautics Act, Et Al. on opposing counsel by filing it via the Court's CM/ECF system, which sent notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

Executed on April 23, 2018, in Washington, D.C.

      _/s/ Gary D. Feldon_
      GARY D. FELDON

Case No. 2:17-cv-07727 PSG(JEMx)                     Federal Defendants' Motion to Dismiss