BARRY ROSEN
136 S. Clark Dr. #5
Los Angeles, CA 90048
Tel: (323) 653-2043

In Pro Per

FILED
2018 APR 30 AM 10:09
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY ROSEN, Individually and as a Private Attorney General<br><br>    Petitioner and Plaintiff,<br><br>vs.<br><br>UNITED STATES GOVERNMENT, FEDERAL AVIATION ADMINISTRATION, AND CITY OF SANTA MONICA,<br><br>    Respondents and Defendants. | Case No. 17-CV-07727-PSG-JEMx<br><br>**APPLICATION FOR ENTRY OF DEFAULT AGAINST: RESPONDANT/DEFENDANTS CITY OF SANTA MONICA AND UNITED STATES GOVERNMENT, FEDERAL AVIATION ADMINISTRATION**<br><br>(Declaration of Petitioner/Plaintiff Barry Rosen) |

**To the Clerk of the United States District Court for the Central District of California:**

As provided by Rule 55 of the Federal Rules of Civil Procedure, Petitioner/Plaintiff Barry Rosen hereby requests that the Clerk enter

APPLICATION FOR ENTRY OF DEFAULT AGAINST: CITY OF SANTA MONICA & US GOVERNMENT FFEDERAL AVIATION ADMINSTRATION

1

the default of the following Defendant(s) for failure to plead or otherwise defend against this action in a timely manner pursuant to the Courts March 21, 2018 order (Document 55) due to failure to serve documents prior to filing pursuant to Local Rule 5-3.2.1 and Federal Rules of Civil Procedure 5, et al :

<b><u>Name of Respondent/Defendant: CITY OF SANTA MONICA</u></b>

1) As evidenced by the Courts March 21, 2018 order (Document 55), named Respondent/Defendant was required to "Respond" to Petitioner/Plaintiff's <u>Third Amended Petition/Complaint</u> on or before April 23, 2018.

2) Pursuant to Federal Rules of Civil Procedure 5(a)(1)(B) and 5(a)(1)(D), a "Response" requires that responsive pleadings or a written motion be served pursuant to Federal Rules of Civil Procedure 5(b).

3) Prior to filing electronically, pursuant to Local Rule 5-3.2.1, Individuals who are not registered for the CM/ECF System must be served in accordance with F.R.Civ.P. 5, and proof of service on such individuals must be made by declaration in the form required by L.R. 5-3.1.2.

4) Petitioner/Plaintiff's is Pro Per and is not registered for the CM/ECF System and must be served Federal Rules of Civil Procedure 5(b)(1)(A) or 5(b)(1)(C).

5) As evidenced by named Respondent/Defendant's Proof of Service (Document 63), Petitioner/Plaintiff was ***not served at all*** prior to a motion being filed on April

APPLICATION FOR ENTRY OF DEFAULT AGAINST: CITY OF SANTA MONICA & US GOVERNMENT FFEDERAL AVIATION ADMINSTRATION

23, 2018 pursuant to L.R. 5-3.1.2 and F.R.Civ.P. 5. As such, named Respondent/Defendant's filing was wholly deficient/defective for failure to serve.

6) Because named Respondent/Defendant's motion filing was deficient/defective due *to lack of any service whatsoever*, the applicable time limit for the above-named Respondent/Defendant to otherwise respond to the Third Amended Petition/Complaint in this action pursuant to the Courts March 21, 2018 order expired on April 23, 2018.

7) Because named Respondent/Defendant's motion filing was deficient/defective for lack of service pursuant to F.R.Civ.P. 5, the above-named Respondent/Defendant have failed to timely plead or otherwise respond to the Third Amended Petition/Complaint and are therefore in default.

8) Respondent/Defendant's failure to serve documents on Petitioner/Plaintiff pursuant to F.R.Civ.P. 5 prior to filing also constitutes a violation of L.R 7-12 (*Failure to File Required Documents*).

**Name of Respondent/Defendant: UNITED STATES GOVERNMENT, FEDERAL AVIATION ADMINISTRATION**

9) As evidenced by the Courts March 21, 2018 order (Document 55), named Respondent/Defendant was required to "Respond" to Petitioner/Plaintiff's Third Amended Petition/Complaint on or before April 23, 2018.

10) Pursuant to Federal Rules of Civil Procedure 5(a)(1)(B) and 5(a)(1)(D), a "Response" requires that responsive pleadings or a written motion be served pursuant to Federal Rules of Civil Procedure 5(b).

11) Prior to filing electronically, pursuant to Local Rule 5-3.2.1, Individuals who are not registered for the CM/ECF System must be served in accordance with F.R.Civ.P. 5, and proof of service on such individuals must be made by declaration in the form required by L.R. 5-3.1.2.

12) Petitioner/Plaintiff is Pro Per and is not registered for the CM/ECF System and must be served Federal Rules of Civil Procedure 5(b)(1)(A) or 5(b)(1)(C).

13) As evidenced by named Respondent/Defendant's Proof of Service (Document 59-4), Plaintiff was ***not served at all*** prior to a motion being filed on April 23, 2018 pursuant to L.R. 5-3.1.2 and F.R.Civ.P. 5. As such, named Respondent/Defendant's filing was deficient/defective.

14) Because named Respondent/Defendant's motion filing was deficient/defective due ***to lack of any service whatsoever***, the applicable time limit for the above-named Respondent/Defendant to otherwise respond to the Third Amended Petition/Complaint in this action pursuant to the Courts March 21, 2018 order expired on April 23, 2018.

15) Because named Respondent/Defendant's motion filing was deficient/defective for lack of service pursuant to F.R.Civ.P. 5, the above-named Respondent/Defendant have failed to timely plead or otherwise respond to the <u>Third Amended Petition/Complaint</u> and are therefore in default.

16) Respondent/Defendant's failure to serve documents on Petitioner/Plaintiff pursuant to F.R.Civ.P. 5 prior to filing also constitutes a violation of L.R 7-12 (*Failure to File Required Documents*).

17) Respondent/Defendant's motion filing was deficient/defective for failure to lodge a proposed order pursuant to L.R. 7-20 which also constitutes a violation of L.R 7-12 (*Failure to File Required Documents*).

18) The above-named Respondent/Defendant's are not a minor or an incompetent person.

19) The above-named Respondent/Defendant's are not currently in the military service, and therefore the Service Members Civil Relief Act does not apply

20) This request is based on the attached Declaration of Plaintiff.

Dated: April 27, 2018

Respectfully submitted,

Petitioner/Plaintiff In Pro Per,
Barry Rosen

APPLICATION FOR ENTRY OF DEFAULT AGAINST: CITY OF SANTA MONICA & US GOVERNMENT FFEDERAL AVIATION ADMINSTRATION

5

# PROOF OF SERVICE BY MAIL

**Case No. 17-CV-07727-PSG-JEMx**

On April 27, 2018, I served the documents described as:

1. Application for Entry of Default
2. Declaration of Plaintiff

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at or in Los Angeles, California,

Addressed to:

Ivan Campbell

Santa Monica City Attorney

1685 Main Street, Third Floor

Santa Monica, California 90401-3295


Gary Feldon

US, DOJ

Civil Division, Federal Program Branch

200 Massachusetts Avenue NW

Washington, D.C. 20530


I declare under penalty of perjury that the foregoing is true and correct. Executed on April 29, 2018 at Los Angeles, California.

By: _____

Arthur Ruben

PROOF OF SERVICE BY MAIL

1