BARRY ROSEN
136 S. Clark Dr. #5
Los Angeles, CA 90048
Tel: (323) 653-2043

In Pro Per

FILED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY ROSEN, Individually and as a Private Attorney General<br><br>           Petitioner and Plaintiff,<br><br>           vs.<br><br>UNITED STATES GOVERNMENT, FEDERAL AVIATION ADMINISTRATION, AND CITY OF SANTA MONICA,<br>           Respondents and Defendants. | Case No. 17-CV-07727-PSG-JEMx<br><br>**DECLARATION OF BARRY ROSEN IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT AGAINST: RESPONDANT/DEFENDANTS CITY OF SANTA MONICA AND UNITED STATES GOVERNMENT, FEDERAL AVIATION ADMINISTRATION** |

I Barry Rosen declare as follows:

1.     I am the Plaintiff in this action. If called as a witness, I could and would

competently testify thereto.

### Name of Respondent/Defendant: CITY OF SANTA MONICA

1) As evidenced by the Courts March 21, 2018 order (Document 55),

named Respondent/Defendant was required to "Respond" to Petitioner/Plaintiff's

Third Amended Petition/Complaint on or before April 23, 2018. Attached hereto as

Exhibit 1 is a true and correct copy of the Courts March 21, 2018 order (Document

55).

2) I am aware that Pursuant to Federal Rules of Civil Procedure 5(a)(1)(B) and

5(a)(1)(D), a "Response" requires that responsive pleadings or a written motion be

served pursuant to Federal Rules of Civil Procedure 5(b).

3) I am aware that prior to filing electronically, pursuant to Local Rule 5-3.2.1,

Individuals who are not registered for the CM/ECF System must be served in

accordance with F.R.Civ.P. 5, and proof of service on such individuals must be

made by declaration in the form required by L.R. 5-3.1.2.

4) I am Pro Per in this Action and am not registered for the CM/ECF System. As

such I must be served Federal Rules of Civil Procedure 5(b)(1)(A) or 5(b)(1)(C).

5) As evidenced by named Respondent/Defendant's Proof of Service (Document

63), I was *__not served at all__* prior to a motion being filed on April 23, 2018 pursuant

to L.R. 5-3.1.2 and F.R.Civ.P. 5. As such, named Respondent/Defendant's filing

was wholly deficient/defective for failure to serve me with their motion documents.

6) Because named Respondent/Defendant's motion filing was deficient/defective

due *__to lack of any service whatsoever__*, the applicable time limit for the above-

DECLARATION OF BARRY ROSEN ISO APPLICATION FOR ENTRY OF DEFAULT AGAINST: CITY OF
SANTA MONICA & US GOVERNMENT FFEDERAL AVIATION ADMINSTRATION
2

named Respondent/Defendant to otherwise respond to the Third Amended

Petition/Complaint in this action pursuant to the Courts March 21, 2018 order

expired on April 23, 2018. Attached hereto as Exhibit 2 is a true and correct copy

of Respondent/Defendant's Proof of Service (Document 63).

7) Because named Respondent/Defendant's motion filing was deficient/defective

for lack of service pursuant to F.R.Civ.P. 5, the above-named

Respondent/Defendant have failed to timely plead or otherwise respond to the

Third Amended Petition/Complaint and are therefore in default.

8) I am aware that Respondent/Defendant's failure to serve documents on

Petitioner/Plaintiff pursuant to F.R.Civ.P. 5 prior to filing also constitutes a

violation of L.R 7-12 (*Failure to File Required Documents*).

## Name of Respondent/Defendant: UNITED STATES GOVERNMENT, FEDERAL AVIATION ADMINISTRATION

9) As evidenced by the Courts March 21, 2018 order (Document 55),

named Respondent/Defendant was required to "Respond" to Petitioner/Plaintiff's

Third Amended Petition/Complaint on or before April 23, 2018.

10) Pursuant to Federal Rules of Civil Procedure 5(a)(1)(B) and 5(a)(1)(D), a

"Response" requires that responsive pleadings or a written motion be served

pursuant to Federal Rules of Civil Procedure 5(b). Attached hereto as Exhibit 1 is a true and correct copy of the Courts March 21, 2018 order (Document 55).

11) I am aware that Prior to filing electronically, pursuant to Local Rule 5-3.2.1, Individuals who are not registered for the CM/ECF System must be served in accordance with F.R.Civ.P. 5, and proof of service on such individuals must be made by declaration in the form required by L.R. 5-3.1.2.

12) I am Pro Per in this Action and am not registered for the CM/ECF System and must be served Federal Rules of Civil Procedure 5(b)(1)(A) or 5(b)(1)(C).

13) As evidenced by named Respondent/Defendant's Proof of Service (Document 59-4), I was ***not served at all*** prior to a motion being filed on April 23, 2018 pursuant to L.R. 5-3.1.2 and F.R.Civ.P. 5. As such, named Respondent/Defendant's filing was deficient/defective. Attached hereto as Exhibit 3 is a true and correct copy of Respondent/Defendant's Proof of Service (Document 59-4).

14) Because named Respondent/Defendant's motion filing was deficient/defective due ***to lack of any service whatsoever***, the applicable time limit for the above-named Respondent/Defendant to otherwise respond to the Third Amended Petition/Complaint in this action pursuant to the Courts March 21, 2018 order expired on April 23, 2018.

15) Because named Respondent/Defendant's motion filing was deficient/defective for lack of service pursuant to F.R.Civ.P. 5, the above-named Respondent/Defendant have failed to timely plead or otherwise respond to the Third Amended Petition/Complaint and are therefore in default.

16) Respondent/Defendant's failure to serve documents on Petitioner/Plaintiff pursuant to F.R.Civ.P. 5 prior to filing also constitutes a violation of L.R 7-12 (*Failure to File Required Documents*).

17) Respondent/Defendant's motion filing was deficient/defective for failure to lodge a proposed order pursuant to L.R. 7-20 which also constitutes a violation of L.R 7-12 (*Failure to File Required Documents*).

18) The above-named Respondent/Defendant's are not a minor or an incompetent person.

19) The above-named Respondent/Defendant's are not currently in the military service, and therefore the Service Members Civil Relief Act does not apply.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: April 27, 2018

Barry Rosen

# Exhibit 1

```
                                              FILED
                                    CLERK, U.S. DISTRICT COURT

                                         3/21/2018

                                    CENTRAL DISTRICT OF CALIFORNIA
                                    BY:    CW         DEPUTY
```

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11

12   BARRY ROSEN, Individually and as a        Case No.    2:17-cv-07727 PSG (JEMx)
     Private Attorney General,
                                                [PROPOSED] ORDER TO AMEND
13          Petitioner and Plaintiff,          PLAINTIFF'S SECOND AMENDED
                                                PETITION
14          v.

15   UNITED STATES GOVERNMENT,
     FEDERAL AVIATION
16   ADMINISTRATION, AND CITY OF                Judge:  Honorable Philip S. Gutierrez
     SANTA MONICA,
17
            Respondents and Defendants.
18

19

20

21

22

23

24

25

26

27

28

1   Having reviewed the Stipulation to Amend Plaintiff's Second Amended
2   Petition (the "Stipulation"), and good cause appearing,

3

4   IT IS HEREBY ORDERED THAT:

5   1.   Plaintiff's Third Amended Petition—a proposed copy of which is filed
6   as an attachment to the Stipulation—is deemed filed and served as of the date the
7   parties filed the Stipulation; and

8   2.   Defendants shall respond to Plaintiff's Third Amended Petition, by
9   motion or otherwise, on or before April 23, 2018.

10

11

12  Dated:   March 21, 2018

13  _____
    The Hon. Philip S. Gutierrez
    Unites States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 2:17-cv-07727 PSG (JEMx)          1          Order to Amend Plaintiff's
                                                       Second Amended Petition

# Exhibit 2

LANE DILG (SBN 277220)
City Attorney
Lane.Dilg@smgov.net
IVAN O. CAMPBELL (SBN 216049)
Deputy City Attorney
Ivan.Campbell@smgov.net
1685 Main Street, Third Floor
Santa Monica, California 90401-3295
Tel: 310.458.8336; Fax: 310.393.6727

DAVID M. WALSH (SBN 120761)
DWalsh@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Tel: 213.892.5200; Fax: 213.892.5454

Attorneys for Defendant
CITY OF SANTA MONICA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY ROSEN, Individually and as a Private Attorney General,<br><br>  Petitioner and Plaintiff,<br><br>  v.<br><br>UNITED STATES GOVERNMENT, FEDERAL AVIATION ADMINISTRATION, AND CITY OF SANTA MONICA,<br><br>  Respondents and Defendants. | Case No.  2:17-cv-07727 PSG(JEMx)<br><br>**CERTIFICATE OF SERVICE**<br><br>**[NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED PETITION; REQUEST FOR JUDICIAL NOTICE, [PROPOSED] ORDER, AND DECLARATION OF IVAN O. CAMPBELL]**<br><br>Date:  July 9, 2018<br>Time:  1:30 p.m.<br>Hon. Philip S. Gutierrez<br>Courtroom:  6A<br><br>Third Amended Petition Filed: March 19, 2018 |

# CERTIFICATE OF SERVICE

I hereby certify that on the April 23, 2018, I electronically filed the following documents:

1.    City of Santa Monica's Notice of Motion and Motion to Dismiss Verified Third Amended Petition;

2.    City of Santa Monica's Request for Judicial Notice in Support of Motion to Dismiss Verified Third Amended Petition;

3.    [Proposed] Order Granting Defendant City of Santa Monica's Motion to Dismiss Verified Third Amended Petition; and

4.    Declaration of Ivan O. Campbell in Support of Defendant City of Santa Monica's Request for Judicial Notice

I served the documents with the Clerk of Court using the CM/ECF system, which then sends a notification of such filing (NEF) to the following:

| | |
|---|---|
| Gary Daniel Feldon | gary.d.feldon@usdoj.gov |
| Brian Lee Hazen | bhazen@mofo.com |
| | sdpdrive@mofo.com |
| | ykametani@mofo.com |
| William V O'Connor, Jr | woconnor@cooley.com |
| | mdejesus@cooley.com |
| David M Walsh | dwalsh@mofo.com |
| | kbartolomeo@mofo.com |
| | docket-la@mofo.com |
| | dave-walsh-7427@ecf.pacerpro.com |
| | susan-etheredge-7866@ecf.pacerpro.com |
| | setheredge@mofo.com |

1       And I hereby certify that I will serve the above documents by messenger

2  service to the following non-filing user:

3               Barry Rosen

4               136 South Clark Drive, No. 5

5               Los Angeles, CA 90048

6

7  Dated: April 23, 2018              CITY OF SANTA MONICA,

8                           a municipal corporation

9

10                     By:    /s/ Ivan O. Campbell

11                        IVAN O. CAMPBELL
                         Deputy City Attorney

12                   Attorneys for Defendant

13                   City of Santa Monica

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit 3

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY ROSEN, Individually and as a Private Attorney General, | Case No.     2:17-cv-07727 PSG(JEMx) |
| Petitioner and Plaintiff, | CERTIFICATE OF SERVICE FOR FEDERAL DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S (VERIFIED) THIRD AMENDED PETITION FOR WRIT OF MANDATE AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF FOR VIOLATIONS OF ADMINISTRATIVE PROCEDURE ACT (APA), NATIONAL ENVIRONMENTAL POLICY ACT (NEPA), CALIFORNIA ENVIRONMENTAL QUALITY ACT (CEQA), CALIFORNIA STATE AERONAUTICS ACT, ET AL. |
| v. | |
| UNITED STATES GOVERNMENT, FEDERAL AVIATION ADMINISTRATION, AND CITY OF SANTA MONICA, | |
| Respondents and Defendants. | |
| | Judge:  Honorable Philip S. Gutierrez |

I, Gary D. Feldon, certify that I served the foregoing Federal Defendants' Motion to Dismiss Plaintiff's (Verified) Third Amended Petition for Writ of Mandate and Complaint for Declaratory and Injunctive Relief for Violations of Administrative Procedure Act (APA), National Environmental Policy Act (NEPA), California Environmental Quality Act (CEQA), California State Aeronautics Act, Et Al. on opposing counsel by filing it via the Court's CM/ECF system, which sent notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

Executed on April 23, 2018, in Washington, D.C.

_____ /s/ Gary D. Feldon _____
GARY D. FELDON