#:2015



E-FILED
JUL 1 2 2018
Document #

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY ROSEN, Individually and as a Private Attorney General,<br><br>Petitioner and Plaintiff,<br><br>v.<br><br>UNITED STATES GOVERNMENT, FEDERAL AVIATION ADMINISTRATION, AND CITY OF SANTA MONICA,<br><br>Respondents and Defendants. | Case No. 2:17-cv-07727 PSG (JEMx)<br><br>**[PROPOSED] JUDGMENT FOR DEFENDANT CITY OF SANTA MONICA**<br><br>Hon. Philip S. Gutierrez<br><br>Hearing Date: July 9, 2018<br>Time: 1:30 p.m.<br>Courtroom: 6A |

Case No. 2:17-cv-07727 PSG (JEMx)     [PROPOSED] JUDGMENT FOR DEFENDANT CITY OF SANTA MONICA

The Court's Minute Order of July 5, 2018 granted Defendant City of Santa Monica's Motion to Dismiss Plaintiff Barry Rosen's Third Amended Petition for Writ of Mandate and Complaint for Declaratory and Injunctive Relief with prejudice. Pursuant to F.R.C.P. Rule 58 and Local Rule 58-6, judgment in this matter shall be entered for Defendant City of Santa Monica.

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff in this matter take nothing and judgment shall be for Defendant City of Santa Monica.

Dated: __7/12__, 2018

_____
Honorable Phillip S. Gutierrez
UNITED STATES DISTRICT JUDGE