FILED

JUN 14 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| BARRY ROSEN, | No. 18-56059 |
| --- | --- |
| Plaintiff-Appellant, | D.C. No. 2:17-cv-07727-PSG-JEM<br>Central District of California,<br>Los Angeles |
| v. | |
| UNITED STATES GOVERNMENT; et al., | ORDER |
| Defendants-Appellees. | |

Before: CLIFTON and FRIEDLAND, Circuit Judges.

Appellant's emergency motion for injunctive relief pending appeal (Docket Entry No. 40) is denied.

Briefing is completed.